**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Noise Solutions USA, Inc.**
46–2013180
    Debtor(s)

Bankruptcy Case No.: 21–10616–JAD

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Tamera Ochs Rothschild is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: April 7, 2023

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge